O
JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# United States District Court
# Central District of California

| | |
|---|---|
| LAURA K. DUNBAR, an individual, | Case No. 2:20-cv-08176-ODW (PVCx) |
|     Plaintiff, | |
|     v. | **JUDGMENT** |
| USAA CASUALTY INSURANCE COMPANY, A TEXAS CORPORATION, and DOES 1 through 10, | |
|     Defendant. | |

In accordance with the Court's May 14, 2021 Order Denying Plaintiff Laura Dunbar's ("Plaintiff") Motion for Partial Judgment on the Pleadings and Ordering Plaintiff to Show Cause re: Judgment for Defendant (ECF No. 21), the failure of Plaintiff to timely respond to the Order to Show Cause on or before the Court's deadline of May 28, 2021 pursuant to the same, and the Court's June 8, 2021 Minute Order directing Defendant USAA Casualty Insurance Company ("USAA CIC") to file and lodge with the Court a Proposed Judgment granting judgment in favor of USAA CIC as to all of Plaintiff's claims (ECF No. 22), the Court hereby enters judgment as follows:

///

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. Judgment is entered in favor of Defendant USAA CIC and against Plaintiff as to all of Plaintiff's claims;
2. Plaintiff shall take nothing as against USAA CIC; and
3. USAA CIC may recover allowable costs and disbursements as the prevailing party in this action in an amount to be determined by the Court.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 10, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**